**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6783**

---

TARUN KUMAR VYAS,

　　　　　Petitioner - Appellant,

　　　v.

SHERIFF BRYAN HUTCHESON,

　　　　　Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:23-cv-00102-JPJ-PMS)

---

Submitted:  December 19, 2024　　　　　　　　Decided:  December 27, 2024

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tarun Kumar Vyas, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tarun Kumar Vyas, a state prisoner, appeals the district court's order affirming the magistrate judge's order denying Vyas's motion to seal or redact information from the proceedings on his 28 U.S.C. § 2241 petition, as well as the court's order denying Vyas's motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we deny Vyas's motion for assignment of counsel, and we affirm the district court's orders. *Vyas v. Hutcheson*, No. 7:23-cv-00102-JPJ-PMS (W.D. Va. July 23, 2024; July 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
